IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAMON FELICIANO                                                           PLAINTIFF

v.                            No. 3:23-cv-24-DPM

BAD BOY MOWERS, LLC                                                   DEFENDANT

JUDGMENT

Feliciano's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 April 2024